No. 521. WOLFSOHN, EXECUTRIX *v.* HANKIN ET AL. C. A. D. C. Cir. Certiorari denied. *Fred I. Simon* for petitioner. *Gregory Hankin,* respondent, *pro se.*

No. 524. JORDAN *v.* LOUISIANA. Supreme Court of Louisiana. Certiorari denied. *Sam J. D'Amico* for petitioner. *Jack P. F. Gremillion,* Attorney General of Louisiana, and *Ralph L. Roy* for respondent.

No. 520. AMERICAN-HAWAIIAN STEAMSHIP CO. ET AL. *v.* DILLON, SECRETARY OF THE TREASURY, ET AL. C. A. D. C. Cir. Certiorari denied. *George F. Galland, Warren E. Baker, Jeremiah C. Waterman* and *Carl Helmetag, Jr.,* for petitioners. *Solicitor General Cox, Alan S. Rosenthal* and *Kathryn H. Baldwin* for Dillon et al., and *Daniel M. Gribbon* and *William H. Allen* for Sea-Land Service, Inc., respondents.

No. 523. FARLEY *v.* FARLEY. District Court of Appeal of California, Third Appellate District. Certiorari denied. *Elmer P. Delaney* for petitioner. *Gilford G. Rowland* for respondent.

No. 530. SHELP ET AL. *v.* NATIONAL SURETY CORP. C. A. 5th Cir. Certiorari denied. *Raymond H. Kierr* for petitioners. *Henry B. Curtis* for respondent.

No. 319, Misc. ZEPEDA *v.* ZEPEDA. Supreme Court of Illinois. Certiorari denied. *Hugh M Matchett* for petitioner.